HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
ashley.shively@hklaw.com
rebecca.durham@hklaw.com

*Attorneys for Defendant Dow Jones & Company, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA DAWKINS, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC, a Delaware corporation,<br><br>Defendant. | Case No.: 1:25-cv-01447-KES-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DOW JONES'S DEADLINE TO RESPOND TO INITIAL COMPLAINT AND SET PARTIES' BRIEFING SCHEDULE** |

Pursuant to Local Rules 143 and 144(a), Plaintiff Monica Dawkins ("Plaintiff") and Defendant Dow Jones & Company Inc. ("Dow Jones") (collectively the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 29, 2025, Plaintiff filed a class action complaint against Dow Jones asserting a violation of Cal. Penal Code § 638.51 (ECF No. 1);

WHEREAS, on October 30, 2025, the clerk issued a summon for Dow Jones (ECF No. 2), and on November 3, 2025, Plaintiff served Dow Jones with the summons (ECF No. 4);

WHEREAS, Dow Jones's deadline to file a responsive pleading is currently November 24, 2025 (ECF No. 4);

WHEREAS, the Parties have agreed to stipulate to extend Dow Jones's deadline for any responsive pleadings by an additional twenty-eight (28) days, up to and including December 22, 2025;

WHEREAS, Dow Jones anticipates filing a motion to dismiss the complaint, and the Parties seek an orderly briefing schedule on that motion, to provide sufficient time for both sides in light of the complex issues, and to avoid conflicts during the holiday season.

| Date | Proposed Deadline |
| --- | --- |
| December 22, 2025 | Dow Jones's Motion to Dismiss due |
| January 21, 2026 | Plaintiff's Opposition due |
| February 4, 2026 | Dow Jones's Reply due |

WHEREAS, these modifications will not adversely impact the Court's schedule, or alter the date of any event or any deadline already fixed by Court order;

WHEREAS, neither Dow Jones nor Plaintiff has been granted any previous extension of time.

**STIPULATION**

THEREFORE, pursuant to Local Rules 143 and 144(a), the undersigned counsel for the Parties hereby stipulate as follows:

1. Dow Jones's deadline for its response to Plaintiff's complaint is extended to December 22, 2025; and

Case No.: 1:25-cv-01477-KES-BAM
STIPULATION AND [P<s>ROPOSED</s>] ORDER TO EXTEND DOW JONES'S DEADLINE
TO RESPOND TO INITIAL COMPLAINT AND SET PARTIES' BRIEFING SCHEDULE

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

2. In the event Dow Jones moves to dismiss Plaintiff's complaint, the Parties briefing schedule will be as follows:

| Date | Parties' Briefings |
|---|---|
| December 22, 2025 | Dow Jones's Motion to Dismiss due |
| January 21, 2026 | Plaintiff's Opposition due |
| February 4, 2026 | Dow Jones's Reply due |

3. The Parties shall confer on a mutually agreeable hearing date on the Court's law and motion calendar, and select a date no sooner than one week after the Reply is filed.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 17, 2025

*/s/ Ashley L. Shively*
Ashley L. Shively
Rebecca G. Durham

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

Dated: November 17, 2025

*/s/ Ruben D. Nathan*
Ruben D. Nathan
(As authorized on November 14, 2025)

*Attorney for Plaintiff Monica Dawkins*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Case No.: 1:25-cv-01477-KES-BAM
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DOW JONES'S DEADLINE
TO RESPOND TO INITIAL COMPLAINT AND SET PARTIES' BRIEFING SCHEDULE

# ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant Dow Jones & Company Inc.'s ("Dow Jones") deadline for its response to Plaintiff Monica Dawkins' complaint is extended to December 22, 2025.  If Dow Jones moves to dismiss Plaintiff's complaint, then the parties' briefing schedule will be as follows:

| | |
|---|---|
| Dow Jones' Motion to Dismiss filing deadline: | December 22, 2025 |
| Plaintiff's Opposition filing deadline: | January 21, 2026 |
| Dow Jones' Reply deadline: | February 4, 2026 |

The parties shall confer on a mutually agreeable hearing date on District Judge Kirk E. Sherriff's law and motion calendar and select an available date no sooner than two weeks after the Reply is filed.

IT IS SO ORDERED.

Dated:  **November 18, 2025**          /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

Case No.: 1:25-cv-01477-KES-BAM
STIPULATION AND [PROPOSED] ORDER TO EXTEND DOW JONES'S DEADLINE
TO RESPOND TO INITIAL COMPLAINT AND SET PARTIES' BRIEFING SCHEDULE